Dismissed and Memorandum Opinion filed June 5, 2003














Dismissed and
Memorandum Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00943-CV

____________

 

CLEVELAND REGIONAL MEDICAL CENTER, Appellant

 

V.

 

ST. LUKE’S EPISCOPAL HOSPITAL, Appellee

 

____________________________________________

 

On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 98-26395

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            This is an appeal from a judgment
signed May 31, 2002.  On December 5, 2002, this Court referred the case to
mediation.  On May 27, 2003, the parties filed a joint
motion to dismiss the appeal because the case settled in mediation and the
parties have concluded the terms and conditions of the mediated settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

            Accordingly, the appeal is ordered
dismissed.

                                                                                    PER
CURIAM

Judgment rendered and
Memorandum Opinion filed June 5, 2003.

Panel consists of Chief
Justice Brister and Justices Fowler and Edelman.